NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

Mike Arias, Esq. (CSB #115385)
ARIAS OZZELLO & GIGNAC LLP
6701 Center Drive West, Suite 1400
Los Angeles, California 90045
(310) 670-1600

ATTORNEYS FOR: Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANITA WHITE, an Individual; on Her Own Behalf and on Behalf of All Others Similarly Situated,<br><br>v.      Plaintiff(s),<br><br>EDEBITPAY, L.L.C., a Nevada Corporation; PLATINUM ONLINE GROUP, LLC, a California Corporation; UNIFIED SAVINGS, a Wyoming Corporation; DALE PAUL CLEVELAND, an Individual; WILLIAM RICHARD WILSON, an Individual; and Does 1 through 100, Inclusive    Defendant(s) | CASE NUMBER:<br><br>CV11-06738 CBM (FFMx)<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>(Local Rule 7.1-1) |

TO:   THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for <u>Plaintiff</u> (or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

| PARTY | CONNECTION |
|---|---|
| (List the names of all such parties and identify their connection and interest.) | |
| ANITA WHITE | PLAINTIFF |
| EDEBITPAY, L.L.C., a Nevada Corporation | DEFENDANT |
| PLATINUM ONLINE GROUP, LLC, a California Corporation | DEFENDANT |
| UNIFIED SAVINGS, a Wyoming Corporation | DEFENDANT |
| DALE PAUL CLEVELAND, an Individual | DEFENDANT |
| WILLIAM RICHARD WILSON, an Individual | DEFENDANT |

August 16, 2011
Date

Sign

Attorney of record for or party appearing in pro per