Mike Arias (CSB #115385)
marias@aogllp.com
Denis M. Delja (CSB #256126)
dmdelja@aogllp.com
**ARIAS OZZELLO & GIGNAC LLP**
6701 Center Drive West, 14th Floor
Los Angeles, California 90045-1558
Telephone: (310) 670-1600
Facsimile:  (310) 670-1231

*Attorneys for Plaintiff*

Michael L. Mallow (CSB #188745)
mmallow@loeb.com
Christine M. Reilly (CSB #226388)
creilly@loeb.com
**LOEB & LOEB LLP**
10100 Santa Monica Boulevard, Suite 2200
Los Angeles, California 90067-4120
Telephone: (310) 282-2000
Facsimile:  (310) 282-2200

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| ANITA WHITE, an Individual, on Her Own Behalf and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>EDEBITPAY, LLC, et al.,<br><br>Defendants. | Case No.: CV11-06738 CBM (FFMx)<br>Honorable Consuelo B. Marshall<br><br>**CLASS ACTION**<br><br>**JOINT STIPULATION RE: CONTINUING FILING DATE FOR MOTION FOR CLASS CERTIFICATION**<br><br>Current Filing Deadline:  Jan. 23, 2012<br><br>Proposed New Filing Deadline:  TBD at the Feb. 13, 2012 Scheduling Conference |

1    This Stipulation is made and entered into by plaintiff Anita White ("Plaintiff") and defendants EDebitPay, LLC; Platinum Online Group, LLC; Dale Paul Cleveland; and William Richard Wilson ("Defendants") (collectively, the "Parties"), by and through their counsel of record, based on the following recitals:

2.   1.   The original Complaint in this action was filed on August 16, 2011. Subsequent to the filing of the above-captioned case, Plaintiff learned of a related action against Defendants that is pending in the United States District Court for the Northern District of California, captioned *Deffenbaugh, et al. v. EDebitPay, L.L.C., et al.*, CV-11-3024 (EMC) (the "*Deffenbaugh* Action"). *See* Notice of Pendency of Other Action [Docket #18].

3.   2.   The court in the *Deffenbaugh* Action ordered the parties in that case to conduct a mediation, which has been scheduled and confirmed for January 24, 2012. In an effort to globally resolve all claims asserted against Defendants, the Parties in the above-captioned action and in the *Deffenbaugh* Action have agreed to jointly mediate both cases on January 24, 2012.

4.   3.   The current date for Plaintiff to file her Motion for Class Certification is January 23, 2012 [*see* Docket #10]. The Parties agree that continuing this deadline to a date after the January 24, 2012 mediation would be prudent, as the motion would be unnecessary if the case is resolved, thereby conserving substantial judicial and litigant resources.

BASED THEREON, IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

The date by which Plaintiff must file a Motion for Class Certification is continued from January 23, 2012 to a date that will be set at the February 13, 2012 Scheduling Conference.

IT IS SO STIPULATED.

/ / /

/ / /

| | | |
|---|---|---|
| 1 | Dated: January 10, 2012 | ARIAS OZZELLO & GIGNAC LLP |
| 2 | | |
| 3 | | By: */s/ Denis M. Delja*<br>MIKE ARIAS<br>DENIS M. DELJA |
| 4 | | |
| 5 | | *Attorneys for Plaintiff* |
| 6 | Dated: January 10, 2012 | LOEB & LOEB LLP |
| 7 | | |
| 8 | | By: */s/ Christine M. Reilly*<br>MICHAEL L. MALLOW<br>CHRISTINE M. REILLY |
| 9 | | *Attorneys for Defendants* |