Mike Arias (CA Bar No. 115385)
 marias@aogllp.com
Alfredo Torrijos (CA Bar No. 222458)
 atorrijos@aogllp.com
ARIAS OZZELLO & GIGNAC LLP
6701 Center Drive West, 14th Floor
Los Angeles, California 90045-1558
Telephone: (310) 670-1600
Facsimile:  (310) 670-1231

Karl S. Kronenberger (CA Bar No. 226112)
 karl@KRInternetLaw.com
Jeffrey M. Rosenfeld (CA Bar No. 222187)
 jeff@KRInternetLaw.com
KRONENBERGER ROSENFELD, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158

Attorneys for Plaintiffs and
the Settlement Class

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANITA WHITE, et al., | **CASE NO.  11-cv-06738-CBM (FFMx)** |
| Plaintiffs, | HON. CONSUELO B. MARSHALL |
| vs. | **DECLARATION OF JONATHAN CARAMEROS IN SUPPORT OF PLAINTIFFS' MOTION FOR FINAL APPROVAL** |
| EDEBITPAY, L.L.C., et al., | |
| Defendants. | |
| | Final Approval Hearing:<br>Date:   September 9, 2013<br>Time:  11:00 a.m.<br>Courtroom No.:  2 |

I, Jonathan D. Carameros, declare as follows:

1. I am a Senior Managing Consultant with KCC Class Action Services, LLC ("KCC"). Pursuant to the Court's May 20, 2013, Order Certifying Settlement Class and Preliminarily Approving Class Action Settlement ("Preliminary Approval Order"), KCC was appointed as the Settlement Administrator in this action and charged with disseminating notice to the settlement class and administering the settlement. [Doc. #80, at ¶ 7.] The purpose of this declaration is to set-forth my personal knowledge of the actions taken by KCC with respect to the settlement.

2. On June 3, 2013, KCC caused the first publication of the publication notice on USA Today. Attached as **Exhibit A** is a tear-sheet confirming this publication.

3. On June 10, 2013, KCC caused a second publication of the publication notice on USA Today. Attached as **Exhibit B** is a tear-sheet confirming this publication.

4. On June 21, 2013, KCC sent summary email notice to 1,168,348 unique email addresses. This email provided information regarding the settlement, including a link to the settlement website where class members could submit an online claim form. An exemplar of the summary email notice in HTML format is attached as **Exhibit 3** and an exemplar of the summary email notice in plain text is attached as **Exhibit 4**. As of July 29, 2013, KCC's email server has registered undeliverable responses from 320,994 (27.5%) of the email addresses to which notice was sent.

5. On July 24, 2013, KCC sent supplementary email notice to 807,917 unique email addresses. As with the first email notice, this email provided information regarding the settlement, including a link to the settlement website where class members could submit an online claim form. As of July 29, 2013, KCC's email server has registered undeliverable responses from this second email notice from 6,950 (0.8%) of the email addresses to which notice was sent

6. KCC created a settlement website at www.EDebitPaySettlement.com. The settlement website provides: (i) the Court-approved class notice and publication

– ii –

ARIAS OZZELLO & GIGNAC LLP

notice as PDF files; (ii) copies of the motion for preliminary approval, the settlement agreement and the preliminary approval order as PDF files; (iii) a list of the important dates and deadlines related to the settlement, (iv) summary of class members' rights and choices and frequently asked questions; and (v) an online claim form.

7. KCC activated the settlement website on or about May 24, 2013. As of July 29, 2013, the site has recorded 3,310 visitors to the website.

8. The deadline for settlement class members to submit claim forms is August 26, 2013. As of July 29, 2013, KCC has received 1,517 claims either via U.S. mail or through the online claim form.

9. On or about May 20, 2013 established a post office box for receiving requests for exclusions, objections, notices of intention to appear, and any other communications at: KCC Class Action Services, P.O. Box 43167, Providence, RI 02940-3167.

10. The class notice instructs class members who wish to be excluded from the class to submit a Request for Exclusion to the project's post office box. The deadline for settlement class members to a Request for Exclusion is August 9, 2013. As of July 29, 2013 KCC has received no Requests for Exclusion from the class settlement.

11. The deadline for settlement class members to file an objection to the class settlement is August 9, 2013. As of July 29, 2013 KCC has received no objections to the class settlement.

I declare under penalty of perjury of the laws of the California that the foregoing is true and correct, executed on August 2nd, 2013 in Novato, California.

_____
Jonathan D. Carameros

**MEMORANDUM IN SUPPORT OF MOTION FOR AWARD OF ATTORNEYS' FEES; REIMBURSEMENT OF EXPENSES; AND AWARD OF PLAINTIFF INCENTIVE AWARD**

**EXHIBIT A**

# MARKET TRENDS

*A WEEKLY LOOK BEHIND THE USA'S STOCK MARKET MOVEMENT*




## Quarter's best mutual funds
Top-performing funds for the three months ended Thursday

### VALUE
**Small companies**
| | |
|---|---|
| Towle Deep VI | 17.8% |
| Small Cap VI Fd | 15.2% |
| Paradigm:Micro | 14.4% |
| Catalyst Vl:A | 14.1% |
| Bridgeway:SCV;N | 13.0% |

**Midsize companies**
| | |
|---|---|
| LM Opportunity;C | 23.0% |
| Meeder:Quantex | 12.2% |
| Cullen:SCV;I | 12.1% |
| Hotchkis:MCV;I | 11.7% |
| iShares:Mornstr | 11.6% |

**Large companies**
| | |
|---|---|
| Valley Forge Fd | 15.4% |
| Lyrical VI Equity | 15.1% |
| Hotchkis:LCV;I | 15.1% |
| Sound Shore | 14.0% |
| Matrix Adv VI Fd | 13.5% |

### CORE
**Small companies**
| | |
|---|---|
| Allnz:GI Mic;Inst | 14.5% |
| Colmbia:Slct Vl;A | 13.9% |
| Walthsn:Sel Vl;Inst | 13.7% |
| ManningNapier;A | 13.6% |
| Calvert Imp;A | 13.4% |

**Midsize companies**
| | |
|---|---|
| GuggnhmSpinOff | 16.9% |
| Needham:Agr Gro | 15.7% |
| Putnam Eqt Spec;A | 13.7% |
| Astn:Fairpnte;N | 13.0% |
| Saratoga:MC;I | 12.3% |

**Large companies**
| | |
|---|---|
| Diamnd Hill Sl;I | 14.5% |
| Toreador Core;Rtl | 14.0% |
| SunAmer:FcDv;A | 14.0% |
| Blue Chip Investor | 13.2% |
| Ariel:Focus;Inv | 13.0% |

### GROWTH
**Small companies**
| | |
|---|---|
| Bridgeway:Gr;R | 16.3% |
| Oberweis:Micro | 14.9% |
| WM Blair:Gro;I | 14.1% |
| Jacob Mic;Inst | 14.0% |
| Frntgra:Tmpni;Inst | 13.9% |

**Midsize companies**
| | |
|---|---|
| Eventide Gild;A | 18.8% |
| Hodges Fd;Retail | 17.6% |
| Primeco:Odsy Ag | 15.4% |
| PowerShares Dyn | 14.1% |
| Pioneer SelGr;A | 11.7% |

**Large companies**
| | |
|---|---|
| UBS AG Enh BC | 15.9% |
| Marsico Inv:Foc | 13.9% |
| Colmbia:MrsFoc;A | 13.7% |
| SunAmer:FcAlp;A | 13.5% |
| Quaker Inv:Str;A | 12.9% |

SOURCE: LIPPER

### FINANCIAL MARKETS AT A GLANCE
Major market, S&P 500 sector and other indexes performance during the past four and 13 weeks.

1 – Other indexes include International: Morgan Stanley Capital International Europe, Australasia, Far East Index; and Emerging markets: MSCI Emerging Markets. Source: Standard & Poor's

JIM SERGENT AND ROBERT W. AHRENS, USA TODAY

### MARKET LEADER
**Financials**
Investors are shifting money to financials on the bet rising rates and a solid economy will be good for bank profits.

### MARKET LAGGARD
**Utilities**
Nervous investors fearful of recent market volatility are moving some cash to the less risky industries, such as utilities.

- Gained in past 7 days
- Declined in past 7 days
- Unchanged in past 7 days

### EXCHANGE TRADED FUNDS

**Major index ETFs**
| | Ticker | Week | Month | Quarter |
|---|---|---|---|---|
| PowerShares QQQ | QQQ | -0.2% | 4.0% | 8.7% |
| S&P 500 | SPY | -1.1% | 3.3% | 7.5% |
| Dow Jones industrials | DIA | -1.1% | 3.0% | 7.4% |

**Sector ETFs** — State Street S&P sector index funds
| | Ticker | Week | Month | Quarter |
|---|---|---|---|---|
| Financials | XLF | 0.7% | 7.2% | 12.7% |
| Industrials | XLI | -0.4% | 6.4% | 6.4% |
| Energy | XLE | -1.5% | 4.4% | 3.5% |
| Technology | XLK | -0.1% | 3.8% | 6.6% |
| Materials | XLB | -0.7% | 3.6% | 4.7% |
| Consumer discretionary | XLY | -1.2% | 3.4% | 9.8% |
| Health care | XLV | -2.0% | 2.8% | 9.8% |
| Consumer staples | XLP | -4.0% | -2.1% | 4.8% |
| Telecom | IXP | -3.3% | -5.3% | 4.6% |
| Utilities | XLU | -2.9% | -8.1% | 0.5% |

**ETFs by investment style** — Vanguard
| | Ticker | Week | Month | Quarter |
|---|---|---|---|---|
| Small-cap growth | VBK | 0.2% | 6.4% | 8.5% |
| Small-cap blend | VB | unch. | 5.6% | 8.6% |
| Small-cap value | VBR | -0.0% | 5.1% | 7.7% |
| Large-cap value | VTV | -1.0% | 3.6% | 8.0% |
| Large-cap blend | VV | -1.1% | 3.1% | 7.3% |
| Mid-cap value | VOE | -0.8% | 3.0% | 8.6% |
| Mid-cap blend | VO | -0.9% | 2.9% | 7.9% |
| Mid-cap growth | VOT | -1.1% | 2.9% | 6.5% |
| Large-cap growth | VUG | -1.2% | 2.5% | 6.6% |

**Other index ETFs** — iShares
| | Ticker | Week | Month | Quarter |
|---|---|---|---|---|
| Socially responsible | KLD | -1.1% | 2.9% | 7.1% |
| Bonds | AGG | -0.7% | -2.1% | -1.4% |
| International | EFA | -2.3% | -2.5% | 3.4% |
| Emerging markets | EEM | -2.6% | -3.7% | -4.9% |
| Gold | IAU | -0.3% | -5.2% | -12.0% |
| Real estate | ICF | -5.3% | -6.0% | 1.5% |

1 – iShares ETF    SOURCE: STANDARD & POOR'S

## This week's top stocks
Top stocks in each industry group from the S&P 500, 400 and 600

### Consumer discretionary
W: -1.3% M: 3.2% Q: 10.0%

**Autos** — Month: 11.4%, Quarter: 18.4%, Week: 2.9%
| | |
|---|---|
| Fiat | 13.0% |
| Winnebago | 6.1% |
| Ford Motor | 4.2% |
| Pirelli | 4.9% |
| Valeo | 4.7% |

**Consumer goods** — Month: 2.1%, Quarter: 10.4%, Week: -1.5%
| | |
|---|---|
| Skechers | 10.5% |
| Movado | 7.5% |
| Perry Ellis | 5.9% |
| Crocs | 5.5% |
| iRobot | 4.6% |

**Consumer services** — Month: -1.3%, Quarter: 7.1%, Week: -1.7%
| | |
|---|---|
| Scientific Games | 18.0% |
| Cointstar | 5.7% |
| SHFL Entmt | 3.6% |
| Boyd Gaming | 3.4% |
| Sands China Ltd. | 3.1% |

**Media** — Month: 0.6%, Quarter: 9.3%, Week: -3.0%
| | |
|---|---|
| Mediaset | 3.7% |
| DreamWorks | 3.0% |
| EW Scripps | 2.1% |
| New York Times | 2.0% |
| Gannett | 1.6% |

**Retailing** — Month: 6.1%, Quarter: 11.0%, Week: -0.3%
| | |
|---|---|
| Brown Shoe | 16.1% |
| Zale | 15.9% |
| Guess | 7.6% |
| Stein Mart | 6.5% |
| Select Comfort | 6.1% |

### Energy
W: -1.4% M: 3.8% Q: 3.3%

**Energy**[1] — Month: 3.9%, Quarter: 3.4%, Week: -1.4%
| | |
|---|---|
| Tetra Tech. | 7.4% |
| Seadrill Ltd | 4.2% |
| Subsea 7 | 3.8% |
| Era | 3.0% |
| Murphy Oil | 2.9% |

### Financials
W: 0.5% M: 7.0% Q: 12.4%

**Banks** — Month: 7.9%, Quarter: 10.5%, Week: 0.3%
| | |
|---|---|
| Nordea | 7.8% |
| Danske Bank | 7.6% |
| Unicredit | 7.3% |
| Intesa SanPaolo | 5.5% |

**Financials**[1] — Month: 11.4%, Quarter: 15.9%, Week: 1.8%
| | |
|---|---|
| Deutsche Boerse | 8.2% |
| Investment Tech. | 6.9% |
| Morgan Stanley | 6.4% |
| CME | 5.3% |

**Insurance** — Month: 5.7%, Quarter: 12.0%, Week: 1.3%
| | |
|---|---|
| Aegon | 6.9% |
| AXA | 5.9% |
| Metlife | 5.2% |
| Unum | 4.7% |
| StanCorp | 4.5% |

**Real estate** — Month: -5.4%, Quarter: 1.8%, Week: -5.2%
| | |
|---|---|
| Diamondrock | unch. |
| Lexington Realty | -0.3% |
| Alexndr & Baldwin | -0.5% |
| LaSalle Hotel | -0.6% |
| Jones Lang Lasalle | -0.7% |

### Consumer staples
W: -4.0% M: -2.2% Q: 4.6%

**Food retailing** — Month: -1.3%, Quarter: 8.7%, Week: -3.3%
| | |
|---|---|
| Supervalu | 0.2% |
| Harris Teeter | -0.1% |
| Spartan Stores | -0.7% |
| Safeway | -0.7% |
| Sainsbury | -1.0% |

**Food & beverage** — Month: -2.3%, Quarter: 5.0%, Week: -3.3%
| | |
|---|---|
| Smithfield Foods | 27.1% |
| Sanderson Farms | 4.9% |
| Dean Foods | 3.9% |
| KT&G | 2.6% |
| Boston Beer | 1.8% |

**Household goods** — Month: -1.4%, Quarter: 4.4%, Week: -5.6%
| | |
|---|---|
| Rollins | 4.2% |
| FTI Consulting | 3.4% |
| R.R. Donnelley | 3.4% |
| Aggreko | 3.2% |
| ABM Indus. | 2.9% |

### Industrials
W: -0.6% M: 5.9% Q: 6.2%

**Capital goods** — Month: 6.9%, Quarter: 6.4%, Week: -0.1%
| | |
|---|---|
| Vestas Wind | 13.4% |
| Terex | 7.4% |
| Engility | 6.5% |
| Scania | 6.4% |
| Vinci | 5.9% |

**Business services** — Month: 4.9%, Quarter: 7.1%, Week: -1.0%
| | |
|---|---|
| Rollins | 4.2% |
| FTI Consulting | 3.4% |
| R.R. Donnelley | 3.4% |
| Aggreko | 3.2% |
| ABM Indus. | 2.9% |

**Transportation** — Month: 5.9%, Quarter: 5.9%, Week: -1.2%
| | |
|---|---|
| Central Garden Pet | 3.1% |
| Medifast | 2.1% |
| Inter Parfums | 1.0% |
| Prestige Brands | 1.0% |
| Avon Products | -0.1% |

### Information technology
W: 0.6% M: 5.1% Q: 7.6%

**Software** — Month: 4.3%, Quarter: 7.3%, Week: 0.2%
| | |
|---|---|
| United Online | 6.4% |
| Monster | 5.9% |
| Liquidity Services | 5.9% |
| Stamps.com | 5.7% |
| Sapient | 5.5% |

**Tech hardware** — Month: 6.9%, Quarter: 6.3%, Week: 1.1%
| | |
|---|---|
| Alcatel-Lucent | 16.2% |
| Checkpoint | 10.3% |
| Procera Networks | 8.3% |
| Ciena | 8.0% |
| Synnex | 6.2% |

**Semiconductors** — Month: 4.8%, Quarter: 11.6%, Week: 1.5%
| | |
|---|---|
| Rubicon Tech | 19.3% |
| MEMC Electronic | 8.3% |
| Veeco Instruments | 7.4% |
| Atmel | 6.6% |
| STR | 6.3% |

### Health Care
W: -2.1% M: 2.4% Q: 9.9%

**Health care**[1] — Month: 4.6%, Quarter: 8.4%, Week: -0.3%
| | |
|---|---|
| Health Mgmnt | 24.9% |
| Community Hlth | 11.4% |
| HealthStream | 9.4% |
| Gentiva Health | 8.2% |
| CareFusion | 6.8% |

**Pharmaceuticals** — Month: 1.6%, Quarter: 11.2%, Week: -2.7%
| | |
|---|---|
| Cambrex | 9.0% |
| Endo Pharma. | 7.1% |
| Enzo Biochem | 4.9% |
| Vertex Pharma. | 2.4% |
| Acorda Thera. | 2.4% |

### Materials
W: -0.7% M: 3.5% Q: 4.3%

**Materials**[1] — Month: 4.1%, Quarter: 4.8%, Week: -0.5%
| | |
|---|---|
| SSAB | 14.8% |
| Lonmin | 12.4% |
| Newmont Mining | 7.2% |
| Koninklijke | 6.8% |

### Telecom
W: -5.0% M: -6.6% Q: 0.9%

**Telecom**[1] — Month: -6.4%, Quarter: 1.1%, Week: -5.0%
| | |
|---|---|
| Telenor ASA | 17.3% |
| Tele2 | 2.4% |
| Ntelos | 0.2% |
| TW Telecom | unch. |

### Utilities
W: -3.1% M: -8.7% Q: 0.4%

**Utilities**[1] — Month: -7.8%, Quarter: 1.2%, Week: -2.7%
| | |
|---|---|
| NV Energy | 17.7% |
| Laclede | 2.8% |
| Enel | 2.2% |
| Sempra Energy | 2.1% |
| Acciona | 2.1% |

1 – INDUSTRY GROUP'S % CHANGES BASED ON S&P 1500

**Live stock quotes on your cellphone**
Send text message to 4INFO4 (446364) with:
•STOCK TICKER (DELL) or
•FUNDS TICKER (AGTHX)

---

# Talk is CheapAir's way to book your next flight

**Voice search app gives fingers a rest**




CHEAPAIR.COM

CheapAir is worth a try if you get frustrated at typing in searches.

**Dennis Schaal**
Special for USA TODAY

DIGITAL TRAVELER EVERY OTHER MONDAY

Why type to search for flights and travel dates using a tiny smartphone keyboard when you can just use your voice?

That's the premise of the new, free CheapAir.com voice search app, which is available for iPhone, iPod Touch and iPad.

With many travelers and prospective travelers booking last-minute trips on mobile devices, voice search for flights seems like a natural progression.

CheapAir (not to be confused with CheapOair.com), headquartered in Calabasas, Calif., claims its voice search for flights is a first, and it appears to be just that among online travel agencies.

Google's voice search on Android devices can retrieve flight-status information, and while it doesn't aggregate flight choices and booking capabilities in one place as CheapAir does, Google's voice-activated search results provide links to multiple websites, including its own Google Flight Search, where you can search for airfares.

On the business travel front, travel and expense company Concur recently implemented voice search for hotels on an Android app, although your corporation has to be a Concur business travel client to use it. It doesn't work for selecting flights.

CheapAir's voice search for flights works well, and is a convenient option for fliers who prefer their smartphones or tablets to desktops, or who find it easier to speak about their preferred flight itinerary instead of typing on a keyboard.

In the CheapAir.com Voice Search app, you tap "start your search," tap your smartphone's microphone, and say something like, "Chicago to Los Angeles, June 3 and June 6, two people." (It defaults to one person, economy fare, unless you specify otherwise.)

After you tap "done," CheapAir.com fills in a search box with your specified cities/airports and dates. Then tap "go," and the flight search continues as any online flight search would.

The rest of the search process is not voice-activated.

You view the flight-search results, then tap your selected flight choices to continue the process and book your flights.

CheapAir's voice search works for flights within the U.S., and to and from the U.S., but it won't work for purely international itineraries, such as Paris to Mexico City, for example.

For now, you can only use voice search for one-way or round-trip tickets on specific dates. It doesn't support multi-leg itineraries or flexible date searches.

I found the CheapAir voice search for flights worked well.

With a couple of exceptions, it efficiently understood my voice commands and retrieved the relevant flight-search results, although airline flight choices didn't always show up in the speediest fashion.

The CheapAir app is definitely worth a try if you're the type of traveler who gets frustrated at typing in searches on a smartphone, or perhaps are in too big a hurry to start messing around with a keyboard.

You can still access classic search within the app, as well.

One drawback of CheapAir's voice search is that only the beginning part of the flight-search process, entering your airports and dates, is voice-activated; you still have to select your flights and complete the booking manually.

Despite the attractions of CheapAir's voice search, there are unrelated issues that might raise some concerns. Unlike most major online travel agencies, CheapAir charges a $9.95 booking fee per round-trip flight, making its fares a bit more expensive than you might find elsewhere.

Another issue is that CheapAir.com and its iOS app don't provide flights from Delta Air Lines. Three years ago, Delta decided to cut off several smaller online travel agencies, including CheapAir.

Still, if you already are a CheapAir customer, or yearn for the convenience of starting your flight search orally, CheapAir's voice search app is worth the exercise.

---

# LEGAL MONDAY

For advertising information: 1.800.872.3433    www.marketplace.usatoday.com

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

ANITA WHITE et al.,
Plaintiffs,                              Case No. 2:11-cv-06738
v.
EDEBITPAY, LLC et al.,                   **SUMMARY NOTICE OF
Defendants.                              CLASS ACTION SETTLEMENT**

**TO:** ALL PERSONS WHO APPLIED FOR A PAYDAY LOAN OVER THE INTERNET SINCE JUNE 20, 2007 AND BELIEVE THEY HAD UNAUTHORIZED WITHDRAWALS OR ATTEMPTED WITHDRAWALS ON THEIR BANK ACCOUNT. PLEASE READ THIS NOTICE CAREFULLY. YOU MAY BE A SETTLEMENT CLASS MEMBER WHOSE RIGHTS WILL BE AFFECTED BY THIS ACTION.

This notice is only a summary. For more complete information, please read the full notice at www.edebitpaysettlement.com or write to the Settlement Administrator, KCC Class Action Services, at the address below. Capitalized terms not otherwise defined herein have the same definitions as set forth in the Class Action Settlement Agreement and Release (the "Settlement Agreement"), a copy of which can be found online at www.edebitpaysettlement.com.

**What is this Class Action Lawsuit About?** Plaintiffs allege that EDebitPay, LLC and Platinum Online Group, LLC ("Defendants") unlawfully obtained consumers' bank account information when those consumers applied for online pay day loans and used the information to withdraw money from consumers' bank accounts without authorization. Defendants deny any wrongdoing, but have agreed to settle the lawsuit to avoid further litigation.

**How do I know if I am a Settlement Class Member?** You are a Settlement Class Member if Defendants withdrew money from your bank account or you were charged a non-sufficient funds, overdraft, returned check, or other bank fee because of an attempted withdrawal by Defendants in connection with an online membership club offering coupons, shopping discounts, and/or shopping credits, between June 20, 2007 and May 20, 2013.

**What are Settlement Class Members entitled to receive?** Settlement Class Members who timely submit a claim form that is approved will be eligible to receive a check of up to $60.00.

**Who represents me?** Arias, Ozzello & Gignac, LLP and Kronenberger Rosenfeld, LLP have been appointed as Class Counsel to represent the Settlement Class Members. More information about these law firms, their practices, and their lawyers is available at www.aogllp.com and www.krinternetlaw.com. Class Counsel will ask the Court for an award of attorneys' fees and expenses for the work that they have done in this Class Action.

**What are my options?**

- **Apply For Settlement Benefits** by submitting a Claim Form. You **MUST** timely submit a Claim Form in order to be eligible to receive any benefits from the Settlement. Unless you exclude yourself from the Settlement, you will be bound by the Settlement and give up your rights to sue regarding the Released Claims. If you do not submit a Claim Form, you will not receive any money.

- **Exclude yourself (or "opt out") from the lawsuit** by sending a written request for exclusion to the Claims Administrator by August 9, 2013. If you exclude yourself, you will not be entitled to receive benefits from the Settlement, but you will retain your individual right to sue Defendants. If you do not exclude yourself, you will be bound by the Settlement Agreement and give up your rights to sue regarding the Released Claims. Please see the Settlement Agreement for more information regarding how to opt out of the Settlement.

- **Object to the Settlement** by filing and serving a written objection by August 9, 2013. You will be bound by the Settlement terms even if your objection is overruled, but you will be allowed to file a Claim Form within 10 days of the Court's ruling. You or your lawyer may appear before the Court and object to the proposed Settlement. If you choose to appear through an attorney, you are responsible for paying that attorney. Please see the Settlement Agreement for more information regarding how to object to the Settlement.

**When will the Court approve the Proposed Settlement?** The Court will hold a Fairness Hearing on September 9, 2013 at 11:00 a.m. at the United States District Court for the Central District of California at 312 N. Spring Street, Los Angeles, California 90012, Courtroom 2. At the hearing, the Court will consider whether the proposed settlement is fair, reasonable, and adequate, and will rule on Plaintiffs' motion for attorneys' fees and incentive awards for the class representatives. The date of the Fairness Hearing may change, so please refer to the Settlement website at www.edebitpaysettlement.com to confirm the date and time of the Fairness Hearing.

**How can I get more information?** For a copy of the Settlement Agreement, full Notice of Proposed Class Action Settlement and a Claim Form, visit www.edebitpaysettlement.com or write to White v. EDebitPay Settlement Administrator, c/o KCC Class Action Services, P.O. Box 43176, Providence, Rhode Island 02940-3176.

---

**For more information on how to place your ad in Legal Monday, call
1-800-872-3433
Toll-free in the U.S. only**

**EXHIBIT B**

# SMALL BUSINESS SEEKS BIG SALES FROM MOBILE ADS

**Marketing tools offer more ways to reach local buyers**

Roger Yu
@RogerJYu
USA TODAY

With steady rain muddying New Orleans right before the city's famous Jazz & Heritage Festival in April, Evie Poitevent tweeted about rain boots at her shoe store, Feet First.

Featured with photos and hashtags — #jazzfest, #rainboots, #nola — the first batch sold out in two hours. "I knew there would be a feeding frenzy for rain boots," she says. "We had a stampede of women."

Like many natives of New Orleans, Poitevent chose to move back from New York after Hurricane Katrina ravaged her hometown. In rebuilding Feet First, founded by her parents, she turned to the usual, and requisite, e-commerce tricks — a website, online shopping cart and Facebook page — that have helped the business rebound.

But recently, her attention increasingly is on mobile to engage social media-savvy customers. Her Facebook, Twitter, Instagram, Pinterest, Tumblr and Snapette (a local fashion app) accounts are updated frequently with products and promotions.


Evie Poitevent of Feet First shoe store.
H. DARR BEISER, USA TODAY

Next on her to-do list is developing a website optimized for phones, though she also wonders getting a costly app built might be worth it. "We need to start looking more closely at what devices (customers) are coming from," she says.

Poitevent's quest reflects the interest and changing priorities of small-business owners as mobile marketing tools offer more channels to reach nearby customers, as well as the risk of scrutiny by nitpicking critics.

Mobile search capabilities and shopping options quickly have advanced to the point at which customers can be found — and served targeted ads — based on everything from demographics to the roads they're currently driving on.

From large corporations to local entrepreneurs such as Poitevent, money is pouring in. U.S. mobile spending rose 69% in 2012 to $6.7 billion, according to the Mobile Marketing Association (MMA), and this year will be $10.46 billion.

Mobile marketing can be particularly effective for small businesses, says Greg Stuart, CEO of the MMA. "Local merchants have a better opportunity on mobile, in part because they can craft it to fit their business. Most consumers only go about half a mile for dry cleaners."

For those relying on customers searching via Google, or Bing or Yahoo, mobile marketing fundamentals are largely unchanged. "There's no magic formula," says Jeff Licciardi, vice president of local at Performics, a search engine marketing agency. "Everything you do on your desktop for search engine optimization, it's going to help you for mobile." The universe of websites with local shopping information includes 300 to 400 sources, he says. Find the most important local business listing sites in your area, and make sure your business is listed and information is up to date. Do the same with industry-specific sites. Google Places and Yelp listings and reviews are the most important sources, Licciardi says.

Photos, accurate hours of operation and deals help drive traffic. Consumers linger 2.5 times longer on Yelp sites that have photos, vs. those that are bare, says Vince Sollitto, spokesman for Yelp.

In a sign that mobile users of Yelp are more engaged, 45% of all Yelp searches come from its app, even though the app traffic is only about one-tenth of the overall website traffic, Sollitto says.

To help you fix inaccurate or inconsistent listings for your business, there are professional services — such as Yext, Localeze or Universal Business Listing (UBL) — that will get the information updated across multiple sites, says Dipanshu Sharma, CEO of xAd, a digital agency.

Experts also recommend a simple mobile website designed for use by a thumb. Avoid using too much text or Flash graphics that are hard to read and slow to load, says Itai Sadan, CEO of DudaMobile, which hosts mobile websites for small businesses. "No pinching and zooming. You can't overemphasize how simple you have to make it."

A prominent phone number with a "call-now" button can nudge customers to action. Roughly 20% of visitors to sites hosted by DudaMobile use the click-to-call feature, Sadan says.

Consider a unique phone number for any special mobile campaign, so you conduct lead analysis, says Bill Dinan, president of phone call analysis firm Telmetrics.

Vendors, such as DudaMobile, that can create a mobile version of your browser site or provide a template. Some host mobile sites for free. Some charge a few dollars a month for a premium version.

## BUYING ONLINE ADS

Buying online display or search ads can be expensive. Business owners with limited budgets should do careful research on the keywords used to look up their products and services.

While it seems obvious, small-business owners often fail to consider the brevity of mobile searches. Because phone typing is difficult, consumers use only about 15 characters to three words, often filled with spelling mistakes, xAd's Sharma says.

Narrowing where and how your ad displays can save money, he says. A dentist might not want to aim ads to the whole city. "You can say, 'Just give me a neighborhood,' " Sharma says. "That's how granular local advertising has become."

The 800-pound gorilla in online ads, Google, recently changed its main ad selling platform — Google AdWords — to accommodate mobile ad campaigns.

And in its "Enhanced Campaigns," advertisers can bid for their search words based on the words plus the searcher's device, location and time of day. Customers "bid" for search words as in an auction. For example, a flower vendor who wants to change her message for a Mother's Day special can bid 10% higher for her Google keywords for customers who are within a mile, 20% higher for those searching on weekends or 30% higher for smartphone searches. Says Jason Spero, Google's head of global mobile sales and strategy, "You have to be there when consumers are looking for you."

Previously, vendors created a separate ad campaign for mobile and desktop searches and bid for times or location-based searches. "Now, you only do it once," Spero says.

Todd Messineo, co-owner of Budget Golf, a golf equipment shop in Joliet, Ill., used the new features in Google to drive sales from customers in California this spring. With warm weather late in his area, Messineo bid for keywords for mobile searches on warm days in parts of California. "We wanted to be in places where customers were shopping."

## USING SOCIAL MEDIA

Opening free accounts on social-media sites is a start. "Social mentions, likes and retweets, can reach a vast audience, while mobile advertising will simply send a customer to a website," says Ed Jay, senior vice president of the American Express U.S. Small Merchants Group.

But regular updating is needed to spur interactions with mobile users. Beyond Facebook and Twitter, Feet First's Poitevent also is experimenting with Snapette, a website and app for trends in shoes and clothes. Snapette users can search for items based on keywords and location, and vote for favorites.

While Poitevent only has 250 followers on Snapette, they are "very involved," she says. "They become brand ambassadors for you."

Some entrepreneurs, including Ashley White, have begun selling directly on social media. Based in Lubbock, Texas, her online store for women's clothing — The Polkadot Alley — started doing transactions and accepting payments on her Facebook page, using an application from start-up Soldsie which handles invoicing and payments for a transaction cut.

White posts items and her 62,000 Facebook fans write a message with their intent to buy and preferred size. About 90% of orders come from mobile phones.

Soldsie's speedier and more professional-appearing transactions have helped her business grow, White says. "If I were manually invoicing, people had to e-mail. Now, the pages look more professional. People can track through the Soldsie tab. It makes it much more efficient."



Sarah Paiji, left, Emma Roberts and Jinhee Kim. Sarah and Jinhee are co-founders of Snapette. Emma is the company's fashion adviser.
SNAPETTE

---

# Getting their CEO degrees

**Colleges help student entrepreneurs get their start-ups on the road**

Laura Baverman
USA TODAY


"It's important to form relationships and get feedback for when we're ready for the next steps."
Ameya Kulkarni of Jobbertunity
JON GARDINER, DUKE PHOTOGRAPHY

**START-UPS AND ENTREPRENEURS**

In two days, Ameya Kulkarni will stand before 200 potential investors and experienced entrepreneurs at Google's headquarters in Silicon Valley. He'll pitch an idea he dreamed up in business school at Duke University, a start-up he believes transforms the way job searches happen.

Kulkarni feels a little pressure. He's a first-time company founder and just one month off the North Carolina graduation stage. But he's also confident in the skills he developed at Duke.

The start-up he built with classmate Amy Vaduthalakuzhy finished in the top 10 in the college's Start-Up Challenge. He completed a year-long Program for Entrepreneurs course and found a mentor in Kathryn Minshew, a Duke alumna and founder of fast-growing career development start-up, The Muse.

Plus, this crowd is a warm one. They're all Duke alumni, brought together by the college to support and celebrate Duke-born start-ups.

"I had free reign at Duke to do whatever I felt like, to take risks and get resources and mentorship," says Kulkarni, founder of Jobbertunity, an online tool for job seekers to organize job searches and career fair recruiters to manage résumés. "I know a little bit about business now, I know failure is OK, and I have comfort knowing that other people at Duke before me have done it, too."

Welcome to the next generation of campus entrepreneurship, in which students don't just want to learn the principles of starting a company, they actually want to start one.

The sweet spot for colleges, says Bill Aulet, managing director of the Martin Trust Center for Entrepreneurship at the Massachusetts Institute of Technology, is figuring out a way to help them do both.

"At many leading schools, 40% to 50% of students want to be entrepreneurs, and the question is, 'How are we going to train them in rigorous ways?' " he says. "So they wake up on Monday morning (after graduation) and know what to do."

For many schools, it's started with more courses, clubs and internships tailored to entrepreneurs. The University of Washington, for example, will soon offer neuro-entrepreneurship, a course focused on building businesses around the brain. It also puts students in internships with angel investment groups and gives them money to spend.

Five Ohio liberal arts colleges used grants from the Ewing Marion Kauffman Foundation to create entrepreneurship training and programs for non-business students such as musicians, equestrians and biologists, says Wendy Torrance, a director of entrepreneurship at the foundation. Many campuses hold Start-up Weekend events, mini TED (Technology Education Design) conferences and business plan competitions.

But to help students turn ideas into real start-ups after graduation, colleges are tapping into their alumni networks and business connections.

MIT and Stanford University each created start-up accelerator programs in the past two years meant to compete with non-collegiate programs held by Y Combinator in Silicon Valley and TechStars in cities around the country. At MIT's Founders' Skills Accelerator, students get a stipend, "real world" support such as help finding a lawyer or developing a marketing strategy, along with mentors. Each of the first 10 companies to complete the program raised money from investors, Aulet says.

This summer, six international teams will join class two, helping to expose the eight MIT teams to global markets and challenges. Aulet is calling the 14 teams "Rhodes Scholars of Entrepreneurship."

A pioneer in campus accelerators was the University of Washington, with 20 student-led companies in the last three years, awarding each up to $25,000 in grants.

"We want to help these students make the transition from student teams to start-up companies, so they are doing everything an early-stage company does here," says Connie Bourassa-Shaw, director of the Buerk Center for Entrepreneurship at UW's Michael G. Foster School of Business. "They have to meet milestones, and they've got to raise outside money."

The program is working. Each start-up has raised between $40,000 and $1.2 million, she says.

Duke has ramped up its connections with entrepreneur and investor alumni, says Howie Rhee, managing director of student and alumni affairs for the Duke Innovation & Entrepreneurship Initiative. The Start-Up Challenge now includes 500 alumni as judges and mentors, and Duke-GEN Angel Pitch events, such as this week's in San Francisco, are growing in influence and popularity.

Kulkarni and Vaduthalakuzhy have high hopes for the event. Jobbertunity isn't yet ready for investors, but some common ground in Silicon Valley might help raise awareness.

"It's going to be very, very important," Kulkarni says. "We're in the dating phase. It's important to form relationships and get feedback for when we're ready for the next steps."

*Laura Baverman is a Raleigh, N.C.-based business journalist covering start-ups and entrepreneurship for regional and national publications. She previously covered entrepreneurship for the Cincinnati Enquirer, a Gannett newspaper. Baverman can be reached via e-mail at lbaverman@gmail.com or Twitter @laurabaverman.*

---

## LEGAL MONDAY

For advertising information: 1.800.872.3433   www.marketplace.usatoday.com

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

ANITA WHITE et al.,
    Plaintiffs,
v.                                    Case No. 2:11-cv-06738
EDEBITPAY, LLC et al.,                SUMMARY NOTICE OF
    Defendants.                       CLASS ACTION SETTLEMENT

TO:  ALL PERSONS WHO APPLIED FOR A PAYDAY LOAN OVER THE INTERNET SINCE JUNE 20, 2007 AND BELIEVE THEY HAD UNAUTHORIZED WITHDRAWALS OR ATTEMPTED WITHDRAWALS ON THEIR BANK ACCOUNT. PLEASE READ THIS NOTICE CAREFULLY. YOU MAY BE A SETTLEMENT CLASS MEMBER WHOSE RIGHTS WILL BE AFFECTED BY THIS ACTION.

This notice is only a summary. For more complete information, please read the full notice at www.edebitpaysettlement.com or write to the Settlement Administrator, KCC Class Action Services, at the address below. Capitalized terms not otherwise defined herein have the same definitions as set forth in the Class Action Settlement Agreement and Release (the "Settlement Agreement"), a copy of which can be found online at www.edebitpaysettlement.com.

What is this Class Action Lawsuit About? Plaintiffs allege that EDebitPay, LLC and Platinum Online Group, LLC ("Defendants") unlawfully obtained consumers' bank account information when those consumers applied for online pay day loans and used the information to withdraw consumers' bank accounts without authorization. Defendants deny any wrongdoing, but have agreed to settle the lawsuit to avoid further litigation.

How do I know if I am a Settlement Class Member? You are a Settlement Class Member if Defendants withdrew money from your bank account or you were charged a non-sufficient funds, overdraft, returned check, or other bank fee because of an attempted withdrawal by Defendants in connection with an online membership club offering coupons, shopping discounts, and/or shopping credits, between June 20, 2007 and May 20, 2013.

What are Settlement Class Members entitled to receive? Settlement Class Members who timely submit a claim form that is approved will be eligible to receive a check of up to $60.00.

Who represents me? Arias, Ozzello & Gignac, LLP and Kronenberger Rosenfeld, LLP have been appointed as Class Counsel to represent the Settlement Class Members. More information about these law firms, their practices, and their lawyers is available at www.aogllp.com and www.krinternetlaw.com. Class Counsel will ask the Court for an award of attorneys' fees and expenses for the work that they have done in this Class Action.

What are my options?
* **Apply For Settlement Benefits** by submitting a Claim Form. You **MUST** timely submit a Claim Form in order to be eligible to receive any benefits from the Settlement. Unless you exclude yourself from the Settlement, you will be bound by the Settlement and give up your rights to sue regarding the Released Claims. If you do not submit a Claim Form, you will not receive any money.
* **Exclude yourself (or "opt out") from the lawsuit** by sending a written request for exclusion to the Claims Administrator by August 9, 2013. If you exclude yourself, you will not be entitled to receive benefits from the Settlement, but you will retain your individual right to sue Defendants. If you do not exclude yourself, you will be bound by the Settlement Agreement and give up your rights to sue regarding the Released Claims. Please see the Settlement Agreement for more information regarding how to opt out of the Settlement.
* **Object to the Settlement** by filing and serving a written objection by August 9, 2013. You will be bound by the Settlement terms even if your objection is overruled, but you will be allowed to file a Claim Form within 10 days of the Court's ruling. You or your lawyer may appear before the Court and object to the proposed Settlement. If you choose to appear through an attorney, you are responsible for paying that attorney. Please see the Settlement Agreement for more information regarding how to object to the Settlement.

When will the Court approve the Proposed Settlement? The Court will hold a Fairness Hearing on September 9, 2013 at 11:00 a.m. at the United States District Court for the Central District of California at 312 N. Spring Street, Los Angeles, California 90012, Courtroom 2. At the hearing, the Court will consider whether the proposed settlement is fair, reasonable, and adequate, and will rule on Plaintiffs' motion for attorneys' fees and incentive awards for the class representatives. The date of the Fairness Hearing may change, so please refer to the Settlement website at www.edebitpaysettlement.com to confirm the date and time of the Fairness Hearing.

How can I get more information? For a copy of the Settlement Agreement, full Notice of Proposed Class Action Settlement and a Claim Form, visit www.edebitpaysettlement.com or write to White v. EDebitPay Settlement Administrator, c/o KCC Class Action Services, P.O. Box 43176, Providence, Rhode Island 02940-3176.

---

For more information on how to place your ad in Legal Monday, call
**1-800-872-3433**
Toll-free in the U.S. only

**EXHIBIT C**

| | |
|---|---|
| **From:** | White v. EDebitPay Claims Administrator <Administrator@EDebitPaySettlement.com> |
| **Sent:** | Monday, June 17, 2013 11:26 AM |
| **To:** | |
| **Subject:** | TEST - Legal Notice regarding EDebitPay Class Action Settlement |

<u>LEGAL NOTICE</u>

YOU MAY BE ENTITLED TO BENEFITS FROM A CLASS ACTION SETTLEMENT[1]

Subject to Court approval, a Settlement has been reached in the class action lawsuit *White, et al. v. EDebitPay, LLC, et al.,* Case No. 2:11-cv-06738-CBM-FFM (Central District of California) and *Deffenbaugh et al. v. EDebitPay, LLC et al.,* Case No. CV-11-3024 (N.D. Cal.) (collectively, the "Lawsuit"). The Lawsuit alleges, among other things, that EDebitPay, LLC and Platinum Online Group, LLC ("Defendants") unlawfully obtained consumers' bank account information when those consumers applied for online pay day loans. Plaintiffs allege that Defendants used the information to withdraw money from consumers' bank accounts without authorization. Defendants deny any wrongdoing, but have agreed to settle the Lawsuit to avoid further litigation.

**What are Settlement Class Members entitled to receive?**
Class Members who timely submit a Claim Form that is approved will be eligible to receive a check of up to $60.00.

**How do I know if I am a Settlement Class Member?**
You are a Settlement Class Member if:

- You sincerely believe you did not authorize EDebitPay, LLC or Platinum Online Group, LLC to withdraw money from your bank account; AND

- Money was withdrawn from your bank account <u>or</u> you were charged a non-sufficient funds, overdraft, or other bank fee because of an attempted withdrawal by EDebitPay, LLC or Platinum Online Group, LLC in connection with an online membership club offering coupons, shopping discounts, and/or shopping credits, between June 20, 2007 and May 20, 2013.

**How do I submit a Claim?**
You can submit a Claim Form in one of two ways:

- *Submit Online:* You can submit a Claim Form online by visiting the Settlement website at https://eclaim.kccllc.net/CAClaimForms/EDW/Landing.aspx and entering the following Claim number:

    TEST005

    You must properly complete the Claim Form. Online Claim Forms must be submitted **no**

**later than August 26, 2013 at 11:59:59 p.m. PST.** Untimely claim forms will not be accepted.

- *Submit by Mail:* You can complete and mail the Claim Form in hardcopy to: *White v. EDebitPay* Claims Administrator, c/o KCC Class Action Services, P.O. Box 43176, Providence, RI 02940-3176. You can view and print out a Claim Form at www.edebitpaysettlement.com or you can request that a Claim Form be mailed to you by calling 1-855-282-8113. Printed Claim Forms must be sent via First Class U.S. Mail and postmarked **no later than August 26, 2013**. Claim Forms postmarked after August 26, 2013 will not be accepted.

## What are my options?

- *Become eligible for Settlement Benefits* by submitting a Claim Form. You **MUST** submit a Claim Form in order to receive settlement benefits. If you do not submit a Claim Form, you will not receive any payment. Unless you exclude yourself from the lawsuit, you will be bound by the settlement terms and give up your right to sue regarding the Released Claims.

- *Exclude yourself (i.e., "opt out") from the Lawsuit* by sending a written request for exclusion to the Claims Administrator by August 9, 2013. If you exclude yourself, you will not be entitled to receive any money from the settlement, but you will retain your individual right to sue Defendants. If you do not exclude yourself, you will be bound by the settlement terms and give up your right to sue regarding the Released Claims. Please see the Settlement Agreement for more information regarding how to opt out of the Settlement.

- *Object to the Settlement* by filing and serving a written objection by August 9, 2013. You will be bound by the Settlement terms even if your objection is rejected, but you will be allowed to file a Claim Form within 10 days of the Court's ruling on your objection. You or your lawyer may appear before the Court and object to the proposed Settlement at the Fairness Hearing. If you choose to appear through an attorney, you are responsible for paying that attorney. The Court will determine whether to approve the settlement at the Fairness Hearing on September 9, 2013 at 11:00 a.m. at the United States District Court for the Central District of California at 312 N. Spring Street, Los Angeles, California 90012, Courtroom 2. The date of the Fairness Hearing may change, so please refer to the Settlement website to confirm the date and time of the Fairness Hearing. Please see the Settlement Agreement for more information regarding how to object to the Settlement.

## Who represents you?
Arias, Ozzello & Gignac, LLP and Kronenberger Rosenfeld, LLP have been appointed as Class Counsel to represent the Class Members. More information about these law firms, their practices, and their lawyers is available at www.aogllp.com and www.krinternetlaw.com. Class Counsel will ask the Court for an award of attorneys' fees and expenses for the work they have done in this Lawsuit.

## How can I get more information?
This notice is only a summary. For further information visit: www.edebitpaysettlement.com, call: 1-855-282-8113, or write: *White v. EDebitPay* Claims Administrator, c/o KCC Class Action Services, P.O. Box 43176, Providence, RI 02940-3176.

[1] Capitalized terms not otherwise defined herein have the same definitions as set forth in the Class Action Settlement Agreement and Release (the "Settlement Agreement"), a copy of which can be found online at www.edebitpaysettlement.com.

**EXHIBIT D**

| | |
|---|---|
| **From:** | White v. EDebitPay Claims Administrator <Administrator@EDebitPaySettlement.com> |
| **Sent:** | Monday, June 17, 2013 11:28 AM |
| **To:** | |
| **Subject:** | TEST - Legal Notice regarding EDebitPay Class Action Settlement |

LEGAL NOTICE
You may be entitled to Benefits from a Class Action Settlement(1)

Subject to Court approval, a Settlement has been reached in the class action lawsuit White, et al. v. EDebitPay, LLC, et al., Case No. 2:11-cv-06738-CBM-FFM (Central District of California) and Deffenbaugh et al. v. EDebitPay, LLC et al., Case No. CV-11-3024 (N.D. Cal.) (collectively, the "Lawsuit").  The Lawsuit alleges, among other things, that EDebitPay, LLC and Platinum Online Group, LLC ("Defendants") unlawfully obtained consumers' bank account information when those consumers applied for online pay day loans.  Plaintiffs allege that Defendants used the information to withdraw money from consumers' bank accounts without authorization.  Defendants deny any wrongdoing, but have agreed to settle the Lawsuit to avoid further litigation.

What are Settlement Class Members entitled to receive?
Class Members who timely submit a Claim Form that is approved will be eligible to receive a check of up to $60.00.

How do I know if I am a Settlement Class Member?
You are a Settlement Class Member if:

You sincerely believe you did not authorize EDebitPay, LLC or Platinum Online Group, LLC to withdraw money from your bank account;  AND

Money was withdrawn from your bank account or you were charged a non-sufficient funds, overdraft, or other bank fee because of an attempted withdrawal by EDebitPay, LLC or Platinum Online Group, LLC in connection with an online membership club offering coupons, shopping discounts, and/or shopping credits, between June 20, 2007 and May 20, 2013.

How do I submit a Claim?
You can submit a Claim Form in one of two ways:

Submit Online:  You can submit a Claim Form online by visiting the Settlement website at http://tracking.kccllc.com/t?ctl=57:6EDFCB0D28EB23DCED94C9CAFC739F0A& and entering the following Claim number:

TEST005

You must properly complete the Claim Form.  Online Claim Forms must be submitted no later than August 26, 2013 at 11:59:59 p.m. PST.  Untimely claim forms will not be accepted.

Submit by Mail:  You can complete and mail the Claim Form in hardcopy to: White v. EDebitPay Claims Administrator, c/o KCC Class Action Services, P.O. Box 43176, Providence, RI 02940-3176.  You can view and print out a Claim Form at www.edebitpaysettlement.com or you can request that a Claim Form be mailed to you by calling 1-855-282-8113.  Printed Claim Forms must be sent via First Class U.S. Mail and postmarked no later than August 26, 2013.  Claim Forms postmarked after August 26, 2013 will not be accepted.

What are my options?

Become eligible for Settlement Benefits by submitting a Claim Form.  You MUST submit a Claim Form in order to receive settlement benefits.  If you do not submit a Claim Form, you will not receive any payment.  Unless you exclude yourself from the lawsuit, you will be bound by the settlement terms and give up your right to sue regarding the Released Claims.

Exclude yourself (i.e., "opt out") from the Lawsuit by sending a written request for exclusion to the Claims Administrator by August 9, 2013.  If you exclude yourself, you will not be entitled to receive any money from the settlement, but you will retain your individual right to sue Defendants.  If you do not exclude yourself, you will be bound by the settlement terms and give up your right to sue regarding the Released Claims.  Please see the Settlement Agreement for more information regarding how to opt out of the Settlement.

Object to the Settlement by filing and serving a written objection by August 9, 2013.  You will be bound by the Settlement terms even if your objection is rejected, but you will be allowed to file a Claim Form within 10 days of the Court's ruling on your objection.  You or your lawyer may appear before the Court and object to the proposed Settlement at the Fairness Hearing.  If you choose to appear through an attorney, you are responsible for paying that attorney.  The Court will determine whether to approve the settlement at the Fairness Hearing on September 9, 2013 at 11:00 a.m. at the United States District Court for the Central District of California at 312 N. Spring Street, Los Angeles, California  90012, Courtroom 2.  The date of the Fairness Hearing may change, so please refer to the Settlement website to confirm the date and time of the Fairness Hearing.  Please see the Settlement Agreement for more information regarding how to object to the Settlement.

Who represents you?

Arias, Ozzello & Gignac, LLP and Kronenberger Rosenfeld, LLP have been appointed as Class Counsel to represent the Class Members.  More information about these law firms, their practices, and their lawyers is available at www.aogllp.com and www.krinternetlaw.com.

Class Counsel will ask the Court for an award of attorneys' fees and expenses for the work they have done in this Lawsuit.

How can I get more information?

This notice is only a summary.  For further information visit: www.edebitpaysettlement.com, call: 1-855-282-8113, or write:  White v. EDebitPay Claims Administrator, c/o KCC Class Action Services, P.O. Box 43176, Providence, RI 02940-3176.

(1) Capitalized terms not otherwise defined herein have the same definitions as set forth in the Class Action Settlement Agreement and Release (the "Settlement Agreement"), a copy of which can be found online at www.edebitpaysettlement.com.