MICHAEL L. MALLOW (SBN 188745)
mmallow@loeb.com
CHRISTINE M. REILLY (SBN 226388)
creilly@loeb.com
MEREDITH J. SILLER (SBN 278293)
msiller@loeb.com
LOEB & LOEB LLP
10100 Santa Monica Boulevard, Suite 2200
Los Angeles, California 90067-4120
Telephone: 310-282-2000
Facsimile:  310-282-2200

Attorneys for Defendants
EDebitPay, LLC, Platinum Online Group, LLC, Dale Paul Cleveland, and William Richard Wilson

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ANITA WHITE; DEBORAH DEFFENBAUGH; and DANNIE BRASWELL, individually and on behalf of all similarly situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>EDEBITPAY, LLC, a Nevada corporation; PLATINUM ONLINE GROUP, LLC, a California corporation; DALE PAUL CLEVELAND, an individual; WILLIAM RICHARD WILSON, an individual; DIRECT BENEFITS GROUP, LLC (d/b/a/ UNIFIED SAVINGS), a Wyoming Corporation; LANDMARK CLEARING, INC., a Texas corporation; and FIRST BANK OF DELAWARE, a Delaware corporation,<br><br>Defendants. | Case No.: CV11-06738 (FFMx)<br><br>Assigned to the Hon. Consuelo B. Marshall<br><br>**DECLARATION OF SETTLEMENT ADMINISTRATOR IN SUPPORT OF DEFENDANTS' OPPOSITION TO THE FEDERAL TRADE COMMISSION'S AMICUS CURIAE BRIEF**<br><br>Date: September 9, 2013<br>Time: 11:00 a.m.<br>Courtroom: 2 (Spring Street) |

Loeb & Loeb
A Limited Liability Partnership
Including Professional Corporations

LA2214061.5
211465-10002

DECLARATION OF SETTLEMENT
ADMINISTRATOR IN SUPPORT OF
DEFENDANTS' OPPOSITION TO THE FEDERAL
TRADE COMMISSION'S AMICUS CURIAE BRIEF

I, Patrick Passarella, declare as follows:

1. I am the Senior Vice President of Class Action Services at Kurtzman Carson Consultants LLC ("KCC"), the Settlement Administrator appointed by the Court in this matter. I am over 21 years of age and am not a party to this action. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto. This declaration is made in support of Defendants' Opposition to the Federal Trade Commission's Amicus Curiae Brief.

2. I have over 20 years of experience in class action settlement administration. Over the course of my career, I have managed more than 500 class action settlements and am an expert in claims processing and class member communications.

3. Pursuant to the Court's May 20, 2013, Order Certifying Settlement Class and Preliminarily Approving Class Action Settlement, KCC was appointed as the Settlement Administrator in this action and was charged with disseminating notice to the settlement class and administering the settlement. The class notice procedures in this case consisted of the following: Short Form Notice by email, Long Form Notice, a designated Settlement Website, and Publication Notice in USA Today.

4. On June 3, 2013 and June 10, 2013, KCC caused a copy of the Short Form Notice, in substantially the same form as filed with the motion for preliminary approval in this matter, to be published in a 1/8 page black and white advertisement in the "Market Trends" section of USA Today. In my experience as a Settlement Administrator, it is common to use Publication Notice in a popular, widely— circulated newspaper such as USA Today to supplement other forms of notice. This form of publication notice is commonly used in class action settlements to provide additional reach amongst class members.

5. Prior to May 29, 2013, KCC created and launched a Settlement

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

LA2214061.5
211465-10002

1

DECLARATION OF SETTLEMENT
ADMINISTRATOR IN SUPPORT OF
DEFENDANTS' OPPOSITION TO THE FEDERAL
TRADE COMMISSION'S AMICUS CURIAE BRIEF

Website. The website, located at www.edebitpaysettlement.com, is still operative today, and contains an online Claim Form, as well as copies of the Class Notice, Publication Notice, the Settlement Agreement, the Preliminary Approval Motion and Preliminary Approval Order, and documents filed in support of the Motion for Final Approval. The website also contains a "Frequently Asked Questions" section that describes the class action settlement and explains the various options class members may choose from. Finally, the website contains contact information for KCC and class counsel, as well as important dates relevant to the settlement. KCC has monitored the Settlement Website and the claim forms submitted through the website since the website's establishment. KCC also regularly monitored the designated post office box for claim forms submitted by U.S. Mail throughout the claims period.

6. In preparing for an email campaign, KCC does everything possible to maximize the deliverability of the emails. This includes reaching out to ISP providers prior to launching a campaign, and making sure that our IP addresses have a high rating with ISP providers. It is important that an IP address have an acceptable rating to avoid being blocked by ISP providers. Here, we also carefully crafted the subject lines to ensure that they were explicit and did not contain words or formatting that typically flag them as spam. For instance, marking an email as urgent or adding all caps to a subject line increases the likelihood that it will get flagged as spam. We ensured that the subject lines in the electronic notice here did not include such language or formatting.

7. The Short Form Notice was sent electronically to all settlement class members on two separate occasions in order to maximize outreach to the settlement class. KCC made the first email distribution of the Short Form Notice on June 21, 2013. The Short Form Notice was sent to 1,168,348 unique email addresses. Of the 1,168,348 emails sent: 808,732 emails were delivered (69.22%); 312,199 were hard

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

LA2214061.5
211465-10002

2

DECLARATION OF SETTLEMENT
ADMINISTRATOR IN SUPPORT OF
DEFENDANTS' OPPOSITION TO THE FEDERAL
TRADE COMMISSION'S AMICUS CURIAE BRIEF

bounces (26.72%), which are emails returned to the sender as permanently undeliverable; 8,795 were soft bounces (0.76%), which are emails delivered to the recipient's mail server but are bounced back undelivered before reaching the intended recipient; and 38,622 were block bounces (3.3%), which are emails rejected by the email server and not delivered to the intended recipient for a variety of reasons. ISP providers can choose to accept but not deliver emails to the intended recipients and each ISP provider's rules for blocking emails vary.

8. The second email distribution of the Short Form Notice was made on July 24, 2013. Although not required by the Court's Order, this supplemental email distribution was requested by the parties to ensure that as many class members as possible received notice. KCC sent the Short Form Notice via email to the entire settlement class with the exception of (1) the hard and block bounce emails, both of which were permanently undeliverable, and (2) certain email addresses for which we were able to positively confirm recipients received and opened the Short Form Notice (certain email servers and recipients provide read receipts). Specifically, for the second email distribution, KCC sent the Short Form Notice to 807,917 unique email addresses. Of the 807,917 emails sent, 796,917 were delivered (98.6%), 6,225 were hard bounces (.77%), 127 were soft bounces (.02%), and 4,648 were block bounces (0.5%).

9. KCC has currently accrued a total of $85,015.00 to date in settlement administration costs, including but not limited to creation of the Settlement Website, the sending of CAFA notice to the attorneys general, distribution of both Short Form Notice email campaigns, Publication Notice in USA Today, and claim form processing. The total cost for notice in this case was approximately $52,405.18, consisting of around $28,690 for Publication Notice, and $23,715.18 for electronic notice. KCC estimates that an additional $14,700 will accrue in administration costs primarily related to issuing disbursements to settlement class members who

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

LA2214061.5
211465-10002

3

DECLARATION OF SETTLEMENT
ADMINISTRATOR IN SUPPORT OF
DEFENDANTS' OPPOSITION TO THE FEDERAL
TRADE COMMISSION'S AMICUS CURIAE BRIEF

submitted timely and valid claim forms. The total estimated cost of administration of this class action settlement is $99,715.

10. KCC investigated the cost of providing notice to the settlement class via U.S. Mail, first class, postage prepaid. A traditional First-Class U.S. mailing to the 1,168,348 settlement class members would have cost over $618,000. A postcard mailing to the 1,168,348 settlement class members would have cost over $438,000. In my opinion, it would not have practicable from a cost perspective to give mail notice in this case given the financial constraint of the $1,000,000 settlement fund.

11. Taking into account the size of the settlement fund, the size of the class, and the costs of giving notice, email notice was reasonable in this case, and is consistent with notice given in other similar settlements I have seen.

12. Based on my experience and other settlements I am aware of, the statistics in this case including the claims rate are not atypical of statistics we have seen in past cases.

13. Moreover, it is common practice to require class members to submit requests for exclusion in writing via U.S. mail. Requiring settlement class members to submit something in writing that they have signed helps to ensure that false or fraudulent opt outs are not submitted. In this case, KCC did not receive any requests for exclusion by any means, including mail, telephone, or electronically. KCC did not receive any objections to the proposed settlement either.

I declare under penalty of perjury of the laws of the California that the foregoing is true and correct.

Executed on August 30, 2013 in Novato, California.

PATRICK PASSARELLA

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

LA2214061.5
211465-10002

4

DECLARATION OF SETTLEMENT
ADMINISTRATOR IN SUPPORT OF
DEFENDANTS' OPPOSITION TO THE FEDERAL
TRADE COMMISSION'S AMICUS CURIAE BRIEF