Mike Arias (CA Bar No. 115385)
 marias@aogllp.com
Alfredo Torrijos (CA Bar No. 222458)
 atorrijos@aogllp.com
ARIAS OZZELLO & GIGNAC LLP
6701 Center Drive West, 14th Floor
Los Angeles, California 90045-1558
Telephone: (310) 670-1600
Facsimile:  (310) 670-1231

Karl S. Kronenberger (CA Bar No. 226112)
 karl@KRInternetLaw.com
Jeffrey M. Rosenfeld (CA Bar No. 222187)
 jeff@KRInternetLaw.com
KRONENBERGER ROSENFELD, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158

Attorneys for Plaintiffs and
the Settlement Class

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANITA WHITE, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>EDEBITPAY, L.L.C., et al.,<br><br>Defendants. | **CASE NO.  11-cv-06738-CBM (FFMx)**<br><br>HON. CONSUELO B. MARSHALL<br><br>**DECLARATION OF JONATHAN CARAMEROS (CLAIMS ADMINISTRATOR)**<br><br>Final Approval Hearing:<br>Date:   October 9, 2013<br>Time:  3:30 p.m.<br>Courtroom No.:  2 |

**DECLARATION OF JONATHAN CARAMEROS (CLAIMS ADMINISTRATOR)**
**Case No. 11-cv-06738-CBM (FFMx)**

I, Jonathan D. Carameros, declare as follows:

1. I am a Senior Managing Consultant with KCC Class Action Services, LLC ("KCC"). Pursuant to the Court's May 20, 2013 Order Certifying Settlement Class and Preliminarily Approving Class Action Settlement ("Preliminary Approval Order"), KCC was appointed as the Settlement Administrator in this action and charged with disseminating notice to the settlement class and administering the settlement. [Doc. #80, at ¶ 7.]

2. On August 2, 2013, I executed a declaration setting forth my personal knowledge of the actions taken by KCC with respect to the settlement as of that date. [Doc. #82-3.]  In that declaration, I set forth: (i) KCC's publication of summary notice in USA Today [Doc. #82-3, at ¶¶ 2-3]; (ii) KCC's emailing of summary notice [Doc. #82-3, at ¶¶ 4-5; (iii) KCC's creation and maintenance of the settlement website [Doc. #82-3, ¶¶ 6-7]; and (iv) KCC's establishment of a post office box to receive exclusions, objections, notices of intent to appear and any other communications from settlement class members. [Doc. #82-3, ¶ 9.]

3. The purpose of this declaration is to set forth my personal knowledge regarding the total number of claims, exclusion requests, and objections received by KCC in this action prior to the Final Approval Hearing.

4. On or about May 30, 2013, in order to accommodate inquiries regarding the settlement, KCC made operational a telephone number, 1-855-282-8113, with an Interactive Voice Response ("IVR") system. Callers have the ability to listen to important information about the Settlement and to request a copy of the Claim Form and Class Notice 24 hours a day, 7 days a week.  As of October 7, 2013, KCC had received 264 calls to the IVR.  KCC has and will continue to maintain and update the IVR throughout the administration of the Settlement.

5. On or about May 20, 2013, KCC established a post office box for receiving requests for exclusions, objections, notices of intention to appear, and any other communications at: KCC Class Action Services, P.O. Box 43167, Providence, RI

02940-3167.

6. The deadline for settlement class members to submit claim forms was August 26, 2013. As of October 7, 2013, KCC has received 1,744 timely claims either via U.S. mail or through the online claim form. As of October 7, 2013, KCC also received 13 claims that were submitted after the August 26, 2013 deadline. Of the 1,744 timely claims, 29 were duplicative of another timely claim; as a result, KCC has received 1,715 timely unique claims.

7. Pursuant to the Preliminary Approval Order, the deadline for settlement class members to file a Request for Exclusion was August 9, 2013. [Doc. #80, at ¶ 10.] As of October 7, 2013, KCC has received no Requests for Exclusion from the class settlement.

8. Pursuant to the Preliminary Approval Order, the deadline for settlement class members to file an objection to the class settlement was August 9, 2013. [Doc. #80, at ¶ 10.] As of October 7, 2013, KCC has received no objections to the class settlement.

9. As detailed above and in the August 2, 2013 Declaration, KCC has completed dissemination of the Class Notice pursuant to the Settlement Agreement, has processed and continues to process claims, and has maintained and continues to maintain and update the Settlement Website. KCC's fees and expenses up to September 1, 2013, are approximately $85,105, which primarily includes fees and expenses associated with implementing class notice, but also includes fees and expenses associated with updating and maintaining the toll-free telephone number and Settlement Website, as well as handling email bouncebacks and processing claims.

10. KCC will continue to administer the settlement pursuant to the Settlement Agreement, and is prepared to make timely distributions for approved claims and handle all related follow-up through closure of this matter. Based on projections from similar settlements, KCC estimates its remaining fees and expenses will be approximately $14,700. The actual administration fees and expenses incurred

**DECLARATION OF JONATHAN CARAMEROS (CLAIMS ADMINISTRATOR)**
**Case No. 11-cv-06738-CBM (FFMx)**

will depend on a number of variables, including but not limited to, the number of claims ultimately processed, calls received, and checks mailed.

11. KCC has complied with the terms of the Settlement and the Court's Order. Use of online claim forms and traditional methods for publication notice maximized the dollars spent to contact potential members of the Class. The details of the class notice program, including the methodology underlying its design, were explained in detail in my declaration filed in Support of Motion for Final Approval. [Doc. #82-3.] That declaration is expressly incorporated herein by reference.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct, executed on October 8TH, 2013 in Novato, California.

_____
Jonathan D. Carameros

DECLARATION OF JONATHAN CARAMEROS (CLAIMS ADMINISTRATOR)
Case No. 11-cv-06738-CBM (FFMx)